IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

QUINTERO HOLMAN                                                              PLAINTIFF

v.                                  No. 3:14-cv-157-DPM

JODY WHITLATCH                                                               DEFENDANT

### ORDER

The Court warned Holman that if he did not submit an amended complaint by 1 August 2014, the Court would dismiss his complaint without prejudice. № 3. Holman has not filed an amended complaint, and the time to do so has passed. Holman's complaint is therefore dismissed without prejudice for failure to prosecute. Local Rule 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 August 2014