IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**QUINTERO HOLMAN**                                          **PLAINTIFF**

v.                              No. 3:14-cv-157-DPM

**JODY WHITLATCH and POINSETT**
**COUNTY SHERIFF OFFICE**                              **DEFENDANTS**

## JUDGMENT

Holman's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 August 2014